**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TERRY S. BRAXTON,**

                          **Petitioner,**

        **- v -**                                                **Civ. No. 9:05-CV-191**
                                                                 **(TJM/RFT)**

**JAMES T. CONWAY, Superintendent,**

                          **Respondent.**

_____

**Thomas J. McAvoy, Senior U.S. District Judge**

### DECISION & ORDER

    This *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was referred to the

Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28

U.S.C. § 636(b) and Local Rule 72.4.

    No objections to the Report-Recommendation and Order dated May 22, 2008 have been filed.

Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not

subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-

Recommendation for the reasons stated therein.  It is therefore

    **ORDERED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED.**  Further,

because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28

U.S.C. § 2253(c)(2), no certificate of appealability will issue with respect to any of Petitioner's claims.

**IT IS SO ORDERED.**

Dated: September 11, 2008

                                                        Thomas J. McAvoy
                                                        Senior, U.S. District Judge